UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SEARS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 15-1546-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with Report and Recommendation.

/s/

DATED: July 11, 2016

FERNANDO M. OLGUIN
United States District Judge