1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  TERESA SEARS,                              )   CASE NO.  EDCV 15-1546-FMO (AGR)
                                              )
12            Plaintiff,                       )
                                              )   JUDGMENT
13       vs.                                   )
                                              )
14  CAROLYN W. COLVIN, Commissioner            )
    of Social Security,                        )
15                                             )
              Defendant.                       )
16  _____         )

17

18       IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that

19  this action is remanded to the Commissioner for further proceedings consistent with

20  the Report and Recommendation.

21                                                       /s/

22  DATED: July 11, 2016        _____
                                                FERNANDO M. OLGUIN
23                                            United States District Judge

24
25
26
27
28